UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re

ANTOINETTE BENTON,

    Debtor.

Case No. 14-33505

Chapter 7

---

HARRY KAUFMANN MOTORCARS, INC.,

    Plaintiff,

v.

ANTOINETTE S. BENTON,

    Defendant.

Adversary No. 15-2067

---

ORDER FOR JUDGMENT

---

For the reasons stated in the Court's Memorandum Decision entered on this date, IT IS ORDERED the debt owed by the Debtor-Defendant to the Plaintiff is excepted from discharge under 11 U.S.C. §§ 523(a)(2)(A).

October 20, 2015

                                                    Margaret Dee McGarity
                                                    United States Bankruptcy Judge